IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLES JEPSON,<br><br>              Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE<br>COMPANY, INC., a Pennsylvania<br>Corporation,<br><br>              Defendant. | )<br>)  Civil No. 6:13-cv-01110-AA<br>)<br>)<br>)  JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Counsel for the parties have jointly moved the court for a Judgment dismissing this matter with prejudice and without costs or attorney fees to either party. The court finding that this motion is made on the grounds and for the reason that the parties have settled the case by agreeing that at the time of the motor vehicle accident on August 27, 2010 defendant's Underinsured Motorist coverage in policy XSAH0824487A was $500,000.00. **The parties have agreed to proceed with arbitration pursuant to the terms of the policy contract and Oregon law.**

NOW, THEREFORE, this case is dismissed with prejudice and without costs to either party.

ENTERED: May 12, 2015.

*(signature)*
ANN L. AIKEN
Chief Judge